UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Dupay, | Court No.: 19-cv-564-MJD-BRT |
| Plaintiff, | |
| v. | **Notice of Settlement as to Cenlar FSB** |
| Equifax Information Services LLC, and Cellar FSB, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff has settled his claims against Defendant Cenlar FSB. The Plaintiff anticipates filing a Request for Dismissal of Defendant Cenlar FSB with prejudice within 45 days.

**HYDE & SWIGART**

Date: May 8, 2019

By: /s/ Anthony Chester
Anthony P. Chester (Bar No. 0396929)
**HYDE & SWIGART**
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone:  (952) 225-5333
Facsimile:  (800) 635-6425
Email: tony@westcoastlitigation.com

*Attorney for Plaintiff*